**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re  MICHAEL KENNETH NEMEE and MICHELLE SEOBHAN McKEE NEMEE,<br><br>                     Debtors.<br>_____ / | CASE NO. CV F 12-0311 LJO JLT<br><br>**ORDER TO CLOSE ACTION** |

Pursuant to the appellants' March 7, 2011 notice of withdrawal of appeal (Doc. 3), this Court DISMISSES this action.  The clerk of court is DIRECTED to close this action administratively.

IT IS SO ORDERED.

**Dated:     March 8, 2012**                          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1